# CASES

IN THE

# APPELLATE COURTS OF ILLINOIS.

THIRD DISTRICT—NOVEMBER TERM, 1882.

## OSCAR B. HAMILTON, assignee, etc.,
### v.
## GEORGE BUSBY.

PRACTICE.—This case is reversed under rule thirty, as no brief was filed by appellee. The court is of opinion that it was error to permit appellee to testify to the payment to Hart in his lifetime of the judgment sued on.

APPEAL from the Circuit Court of Jersey county; the Hon. C. EPLER, Judge, presiding. Opinion filed January 16, 1883.

Mr. A. A. GOODRICH and Mr. O. B. HAMILTON, for appellant; that parties in interest shall be allowed to testify only when they are on terms of equality, cited Whitmer v. Rucker, 71 Ill. 410; Stone v. Cook, 79 Ill. 424; Langley v. Dodsworth, 81 Ill. 86; Boynton v. Phelps, 52 Ill. 210; R. S. 1874, Chap. 51, § 2; Merrill v. Atkin, 59 Ill. 29.

PER CURIAM. This case is reversed under rule thirty for want of briefs by appellee.

After looking into the record we are of opinion the court erred in permitting appellee Busby to testify to the payment of the judgment sued on to John Hart in his lifetime. He

was not competent as a witness to testify to these facts. But we are of opinion that he was a competent witness upon the issue formed upon the plea in abatement traversing the affidavit upon which the attachment issued.

Reversed and remanded.